UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Theresa Bundy,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No. 2:24–cv–357 |

## ORDER

On or before May 15, 2024, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 7th. day of May 2024.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge