UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Theresa Bundy,

    Plaintiff,

v.                                           Civil Action No. 2:24-cv-357

Commissioner of Social Security,

    Defendant.

## ORDER

On or before July 25th, 2024, Plaintiff shall prepare and file a Motion for Order Reversing the Commissioner's Decision in accordance with Local Rule 9(a)(2). Failure to do so may result in dismissal.

Dated at Burlington, in the District of Vermont, this 15th day of July 2024.

                                                /s/ Kevin J. Doyle
                                                Kevin J. Doyle
                                                United States Magistrate Judge