UNITED STATES DISTRIC COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 OCT -3  PM 4:00

CLERK
BY  LAW
DEPUTY CLERK

In Re: Stay of Civil Proceedings
Involving the United States in          Misc. No. 2:25-mc-148
Light of Lapse in Appropriations

# ADMINISTRATIVE ORDER

Funding for various Executive Branch agencies, including the Department of Justice, lapsed at midnight on September 30, 2025. Employees of the affected agencies, including the Department of Justice, are generally prohibited, with limited exceptions, from working during the pendency of the lapse in appropriations on civil litigation matters, even on a voluntary basis.

Before this Court are several civil matters involving the United States, its agencies, and its officers and employees, in which the U.S. Attorney's Office for the District of Vermont and other Department of Justice litigating components represent those party litigants. The Court finds that the impact of the current lapse in appropriations, as described above, constitutes good cause under Federal Rule of Civil Procedure 6 for extending deadlines and staying certain matters in which the United States, its agencies, and its officers and employees are involved. Accordingly, pursuant to Federal Rule Civil Procedure 6(b)(l)(A), it is hereby ORDERED, effective October 1, 2025, and until further order of the Court, that:

1. Except for matters involving petitions for a writ of habeas corpus or that involve custody or detention determinations,[1] for other civil actions and civil miscellaneous matters

---

[1] This Order does not foreclose consideration of motions for extensions of deadlines that may be filed in matters involving petitions for a writ of habeas corpus or that involve custody or detention determinations.

pending in the U.S. District Court for the District of Vermont all filing and discovery deadlines imposed upon the United States, any of its federal agencies, and any of its officers or employees, shall be extended by the number of days equal to the length (in days) of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days;

2. Any party seeking relief from this Order in any particular civil action or civil miscellaneous matter, shall, in addition to serving the government attorney of record, serve the U.S. Attorney's Office for the District of Vermont by electronic mail at usavt.ecfmail@usdoj.gov with the papers seeking such relief;

3. This Order shall not extend the United States' deadlines to respond to motions for temporary restraining orders or preliminary injunctions, but any motions seeking such relief against the United States shall be served timely on the U.S. Attorney's Office for the District of Vermont in the normal course, in addition to by electronic mail at usavt.ecfmail@usdoj.gov;

4. This stay Order does not apply to bankruptcy court cases; and

5. The U.S. Attorney's Office for the District of Vermont shall inform the Clerk of the Court when appropriations are restored to the Department of Justice.

SO ORDERED.

Dated: October 3, 2025

Christina Reiss
Chief Judge